**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
MARQUISE BAILEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE BAILEY,<br><br>Plaintiff,<br><br>vs.<br><br>SL INVETRUST LLC; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:23-cv-7460 DDP (ASx)**<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Plaintiff MARQUISE BAILEY ("Plaintiff") and Defendant SL INVETRUST LLC ("Defendant") hereby stipulates as follows:

WHEREAS, the Parties herein have reached a confidential settlement in the above-captioned case and the Parties would like to avoid any additional expense, and further the interests of judicial economy.

IT IS HEREBY STIPULATED, by and between Plaintiff MARQUISE BAILEY on the one hand and Defendant SL INVETRUST LLC, on the other hand, by themselves and/or through their respective attorneys of record that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed in its entirety and

with prejudice as to all claims, counterclaims, and causes of action.  Each Party to this Stipulation are to bear his/her/its own respective costs and attorneys' fees.

DATED:  February 27, 2024        SO. CAL. EQUAL ACCESS GROUP

By:    */s/   Jason J. Kim*
      Jason J. Kim, Esq.
     Attorneys for Plaintiff

Dated: February 28, 2024        LAW OFFICES OF ALBERT CHANG

By: */s/ Hector Hsu*
   Hector Hsu, Esq.
   Attorneys for Defendant
   SL INVETRUST LLC

### SIGNATURE CERTIFICATION

    I hereby certify that the content of this document is acceptable to counsel for Defendant, and that I have obtained opposing counsel's authorization to affix his electronic signature to this document.

By: */s/ Jason J. Kim*
    Jason J. Kim, Esq.